**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DALER SINGH,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:26-cv-00272-JLT-SAB (HC)

ORDER WITHDRAWING THE REFERENCE OF THE MATTER TO THE MAGISTRATE JUDGE AND GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS

(Doc. 1)

On January 13, 2026, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order. (Docs. 1, 2.) On February 3, 2026, the Court converted the motion for TRO to a motion for preliminary injunction, granted the preliminary injunction, and ordered Respondents to immediately release Petitioner. (Doc. 11.)

The Court set a briefing schedule and referred the matter to the assigned magistrate judge for consideration of the merits of the petition. (Doc. 11 at 7–8.) However, as no further briefing has been filed to date, the undersigned hereby withdraws that reference in the interest of justice and to promote judicial and party efficiency.

For the reasons set forth in the Court's order granting preliminary injunction, (Doc. 11), the Court ORDERS:

1. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

///

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _August 11, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE